IN THE SUPREME COURT OF TEXAS

 No. 04-0697

 IN RE FARMERS INSURANCE EXCHANGE, ET AL.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for temporary relief to stay issuance of class
notice pending disposition, filed August 3, 2004, is granted. The portions
of the trial court's order dated June 10, 2004, in Cause No. GN-001634,
styled Michael Leonard and Michael Sawyer on behalf of themselfs and all
others similarly situated v. Farmers Insurance Exchange, et al., in the
98th District Court of Travis County, Texas, that provide as follows are
stayed pending further order of this Court.
 ORDERED that Class Counsel shall cause such notice to be mailed to
absent members by first class mail, deposited in the United States Mail on
or before June 21, 2004, with adress correction service requested. Any
notice(s) returned with a corrected address shall be remailed within 10
days of return.
 ORDERED that the deadline for absent class members to requested
exclusion from the class is August 20, 2004, and all requests for exclusion
shall be postmarked no later than August 20, 2004.

 2. The real parties in interest are requested to respond to
relators' petition for writ of mandamus on or before August 27, 2004.

 Done at the City of Austin, this August 17, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Nancy J. Vega, Chief Deputy Clerk